

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Melvin Lee Lewis,

Vs. No. 11-15-00213-CR

The State of Texas,

\* From the 42nd District Court
of Taylor County,
Trial Court No. 25996A.

\* February 10, 2017

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has considered Melvin Lee Lewis's motion to dismiss his appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.